Decided January 24, 1992

GEORGE A. OLSON ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF PLAINVILLE ET AL.

The defendant A. Aiudi and Sons' cross petition for certification for appeal from the Appellate Court is dismissed.

*Peter J. Zagorsky,* in support of the petition.

*Wesley W. Horton* and *James H. Throwe,* in opposition.

Decided January 24, 1992

STATE OF CONNECTICUT *v.* RICHARD WEBER

The defendant's petition for certification for appeal from the Appellate Court is denied. See *State* v. *Weber,* 221 Conn. 84, 602 A.2d 963 (1992).

*Thomas Ullman,* in support of the petition.

*Steven M. Sellers,* assistant state's attorney, filed a response to the defendant's petition.

Decided February 4, 1992

MAYNARD S. MASON *v.* JAMES F. WALSH ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 225, is denied.

*Terence S. Hawkins,* in support of the petition.

*Karen P. Blado,* in opposition.

Decided January 23, 1992